**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| KRA-ZE, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:26-cv-00552-SEP |
| | ) | |
| v. | ) | |
| | ) | |
| LUXCO, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT PAUL T. LUX'S
MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendant Paul T. Lux ("Paul"), by and through counsel, hereby moves the Court to dismiss Plaintiffs Kra-ze, LLC, Carl Brown, and Kevin Clang's (collectively, "Plaintiffs") Complaint in its entirety pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.[1] Paul incorporates his Memorandum in Support of his Motion to Dismiss Plaintiffs' Complaint, filed contemporaneously herewith.

WHEREFORE, Defendant Paul T. Lux respectfully requests that the Court dismiss Plaintiffs' Complaint, with prejudice, and for such other and further relief as the Court deems just and proper.

---

[1] Paul is mindful of this Court's Rule 9 regarding duplicative filings. In this instance, however, significant factual and legal differences in the claims against Paul and Co-Defendants Luxco, Inc., MGPI Processing, Inc., and Donn Lux warrant the filing of separate motions to dismiss.

1

Dated: July 6, 2026

Respectfully submitted,

**HUSCH BLACKWELL LLP**


By: */s/ Kyle P. Seelbach*
Kyle P. Seelbach (60382MO)
Mary K. Mullen (70265MO)
Sichong (Roger) Han (76973MO)
8001 Forsyth Blvd., Suite 1500
St. Louis, MO 63105
Phone: 314.345.6453
Email: kyle.seelbach@huschblackwell.com
        marykate.mullen@huschblackwell.com
        roger.han@huschblackwell.com

***ATTORNEYS FOR DEFENDANT PAUL T. LUX***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July, 2026, a copy of the foregoing document was filed with the Clerk of the Court and served upon counsel of record via the Court's ECF system.

*/s/ Kyle P. Seelbach*