**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **KRA-ZE, LLC, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Case No. 4:26-cv-00552-SEP** |
| **v.** | ) | |
| | ) | **Division No.** |
| **LUXCO, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Kra-ze, LLC, Carl Brown, and Kevin Clang, by and through undersigned counsel, hereby withdraw their pending Motion for Temporary Restraining Order and Preliminary Injunction, filed May 21, 2026. *See* ECF No. 20. Undersigned counsel has advised counsel for Defendants, who have not yet filed any response to Plaintiffs' Motion.

Plaintiffs withdraw their Motion without prejudice to their claims, defenses, requests for permanent injunctive relief, and other relief requested in their Complaint, and without prejudice to seek appropriate relief in the future if warranted by the facts and circumstances.

Because Plaintiffs are withdrawing the pending Motion, they respectfully request that the Court deny ECF No. 20 as moot and vacate the October 21, 2026, hearing and related briefing deadlines.

If the Court determines that leave is required to withdraw the pending Motion, Plaintiffs further request that the Court treat this Notice as a motion for leave to withdraw ECF No. 20 without prejudice.

Respectfully submitted,

MCINNES LAW LLC

By: */s/ Jack D. McInnes*_______________
Jack D. McInnes, MO #56904
1900 W. 75th Street, Suite 220
Prairie Village, KS 66208
(913) 220-2488 – Telephone
(913) 347-7333 – Facsimile
jack@mcinnes-law.com

*Attorneys for Plaintiffs Kra-ze, LLC, Carl Brown, and Kevin Clang*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September, I served an electronic copy of the foregoing document on all parties of record via the Court's electronic case filing system.

By: */s/ Jack D. McInnes*_______________